AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No.  0 5   7 7 1

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

__11/9/05__
(Date forms issued)

_____(PARCELS)_____
(Signature of Party or their Representative)

___FRANK JOYCE (PARCELS)___
(Printed name of Party of their Representative)

Note: Completed receipt will be filed in the Civil Action