## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY,<br><br>     Plaintiff,<br><br>          v.<br><br>MED-DESIGN CORPORATION and MDC<br>INVESTMENT HOLDINGS, INC.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C. A. No.:_____<br>)<br>)<br>)<br>) |

### PLAINTIFF BECTON, DICKINSON AND COMPANY'S
### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Becton, Dickinson

and Company discloses that it has no parent corporation and that no publicly held

corporation owns 10% or more of its stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Kevin J. Culligan
John P. Hanish
Bhavana Joneja
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2100

Dated:  November 9, 2005

By: _____
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P. O. Box 951
    Wilmington, DE  19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiff*
*Becton, Dickinson and Company*

706740