AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

BECTON, DICKINSON AND COMPANY,

          Plaintiff,

V.

MED-DESIGN CORPORATION and MDC
INVESTMENT HOLDINGS, INC.,

          Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-771 (JJF)

TO: (Name and address of Defendant)

    MDC Investment Holdings, Inc.
    c/o CSC Entity Services, LLC
    103 Foulk Road, Suite 200
    Wilmington, DE 19803

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_____[signature]_____
(By) DEPUTY CLERK

3/6/06

DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/6/06 |
| NAME OF SERVER (PRINT) Marshal Manlove | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served MDC Investments Holdings Inc. by serving its registered agent CSC Entity Services LLC at 103 Foulk Rd, Wilm, DE 19803 at 1:03. Person served accepting service: Debbie Sutton

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/6/06
             Date

*Signature of Server*

Parcels Inc
230 N. Market St. Wilm, DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure