IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BECTON, DICKINSON AND COMPANY, )
        Plaintiff, )
         )
v. )
         ) C. A. No.: 05-771 (JJF)
MED-DESIGN CORPORATION and MDC )
INVESTMENT HOLDINGS, INC., )
         )
        Defendants. )

### STIPULATION AND ORDER FOR EXTENSION

Plaintiff and defendants do hereby stipulate, subject to approval by the Court, to an extension of time until and including April 10, 2006 for defendants to respond to plaintiff's Complaint.

POTTER ANDERSON & CORROON LLP    DANN, DORFMAN, HERRELL AND SKILLMAN

By: /s/ David E. Moore                         By: /s/ Stephen H. Eland
    Richard L. Horwitz (#2246)                Stephen H. Eland
    David E. Moore (#3983)                    1601 Market Street
    Hercules Plaza, 6th Floor                  Suite 2400
    1313 N. Market Street                      Philadelphia, Pennsylvania 19103-2307
    Wilmington, Delaware 19899-0951      (215) 563-4100
    (302) 984-6000                            seland@ddhs.com
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com              *Attorneys for Defendants*

*Attorneys for Plaintiff*

SO ORDERED this _____ day of _____ 2006.

_____
United States District Judge

725156