# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MED-DESIGN CORPORATION and MDC )<br>INVESTMENT HOLDINGS, INC., )<br>)<br>Defendants. ) | C. A. No.: 05-771 (JJF) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff Becton, Dickinson and Company hereby dismisses this action without prejudice.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff*

726590